## 55568. UTICA MUTUAL INSURANCE COMPANY et al. v. SUTTERFIELD.

Quillian, Presiding Judge.

The evidence was sufficient to support the award of the State Board of Workmen's Compensation.

*Judgment affirmed. Webb and McMurray, JJ., concur.*

Argued March 7, 1978 — Decided April 18, 1978 — Rehearing denied May 9, 1978.

*Smith, Cohen, Ringel, Kohler & Martin, Robert L. Kiser,* for appellants.

*Vincent P. McCauley,* for appellee.